**STATE of Missouri, Respondent,**

v.

**Terry YOUNG, Appellant.**

**No. WD 65908.**

Missouri Court of Appeals, Western District.

June 12, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 2007.

Application for Transfer Denied Sept. 25, 2007.

Laura G. Martin, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, Judge and EDWIN H. SMITH, Judge.

### ORDER

PER CURIAM.

Terry Young appeals his conviction after a jury trial for murder in the second degree, § 565.021.1, and armed criminal action, § 571.015. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).